In the Matter of ERNEST W. VANN, Appellant, v WILLIAM J. CALLAHAN, as Administrative Officer, New York State Police, Respondent.

Submitted August 8, 2005; decided September 13, 2005

Motion for reconsideration of this Court's June 7, 2005 dis-

missal order denied [*see* 5 NY3d 745]. Motion for poor person relief dismissed as academic.